UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BARBARA BETTS, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:22-cv-00645-O |
| KROGER TEXAS, L.P., | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Joint Agreed Motion to Transfer Venue (ECF No. 4), filed July 29, 2022. The parties request that the Court transfer the case to the Dallas Division because a substantial part of the events occurred in Johnson County. *See* 28 U.S.C. §§ 1404(a), 1391(b)(2). The Court **GRANTS** the motion and **TRANSFERS** the case to the Dallas Division of the Northern District of Texas.

**SO ORDERED** this **29th day** of **July, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE